**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cr-80049-DAMIAN/MATTHEWMAN**

**UNITED STATES OF AMERICA**

**vs.**

**WILLIE JAMES SKIPPER, JR.,**

**Defendant.**
_________________________________/

# FACTUAL BASIS IN SUPPORT OF GUILTY PLEA

The United States of America and Defendant WILLIE JAMES SKIPPER, JR. (hereinafter "SKIPPER") agree that had this case proceeded to trial, the United States would have proven the following elements and facts beyond a reasonable doubt as to counts 1 and 3 of the Indictment.

## Facts

1. On August 29, 2024, law enforcement investigated a criminal mischief and petit theft incident in the area of Lake Worth Beach, Florida.

2. SKIPPER was located by law enforcement and taken into custody in the same area of Lake Worth Beach, Florida. Prior to securing SKIPPER in a marked patrol vehicle, law enforcement conducted a search of SKIPPER's person. Law enforcement observed a black handle, consistent with a pistol, that was between SKIPPER's body and his clothing. Law enforcement carefully removed a loaded, black Taurus PT 378 TCP .380 caliber, semiautomatic handgun from SKIPPER's groin and secured the weapon. The firearm was loaded with six (6) rounds of .380 ammunition.

3. A further search of SKIPPER's groin included six plastic bags that contained

a white powdery substance, and a brown cylindrical container, that contained 34 similar-sized pieces of a white rock-like substance. SKIPPER was also found in possession of separately packaged bags of marijuana, a container of marijuana, and United States Currency in separate denominations.

4. SKIPPER was later interviewed and advised his *Miranda* warnings. SKIPPER admitted to possession of the firearm found in his groin and possession of controlled substances.

5. The white rock-like substances were submitted into evidence at the Palm Beach County Sheriff's Office and were tested by the laboratory, which yielded a positive result for cocaine, with a net weight of 3.1871 grams. The six bags that contained the white powdery substance tested positive for N-Dimethylpentalone, with a net weight of 0.3469 grams.

6. SKIPPER is a two-time convicted felon in the State of Florida under case numbers: 502008CF010602AXXXMB (possession of cocaine) and 502007CF005331AXXXMB (resisting law enforcement) and therefore a prohibited person from owning or possessing a firearm.

7. Prior to August 29, 2024, SKIPPER was adjudicated guilty of the above-stated felony offenses, which are crimes punishable under Florida law by more than one year in prison.

8. Special Agent Mark Finnamore of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") examined the Taurus PT 378 TCP .380 semiautomatic pistol and six (6) rounds of .380 ammunition. Special Agent Finnamore determined, based upon his

expert training and experience, that the firearm and ammunition had travelled in interstate and/or foreign commerce before coming into possession of SKIPPER.

9. Special Agent Finnamore further determined, based upon his expert training and experience in narcotics and undercover operations, that based upon the totality of the facts and evidence seized on August 29, 2024, the 34 similar-sized pieces of a white rock-like substance testing positive for cocaine were not a personal use amount, and the six bags of white powdery substance that tested positive for N-Dimethylpentalone were also inconsistent with personal use.

10. All events having occurred in the Southern District of Florida and elsewhere.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 8/20/2026 By: Shannon O'Shea Darsch
SHANNON O'SHEA DARSCH
ASSISTANT UNITED STATES ATTORNEY

Date: 8/20/2026 By: [signature]
SOGOL GHOMESHI
ASSISTANT FEDERAL PUBLIC DEFENDER

Date: 8/20/2026 By: [signature]
WILLIE JAMES SKIPPER, JR.
DEFENDANT